USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
KEVIN DE LA CRUZ AND ANTHONY TABAS,

                        Plaintiffs,

-against-

MDBH MOBILE 3 INC., MRBH MOBILE INC.,
MDBH MOBILE 7 INC., MDBH MOBILE INC.,
AND MORIS HASBANI

                        Defendant.
------------------------------------------------------------X

22-CV-3053 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties consented to conduct all proceedings before Magistrate Judge Netburn on August 15, 2022, Dkt. 22–23;

    WHEREAS an Initial Pretrial Conference before the Undersigned is currently scheduled for Friday, August 26, 2022, Dkt. 21.

    IT IS HEREBY ORDERED that the Initial Pretrial Conference scheduled before the Undersigned on Friday, August 26, 2022, is hereby CANCELLED. Any future proceedings will be scheduled by and conducted before Judge Netburn.

**SO ORDERED.**

Date: **August 23, 2022**
       **New York, New York**

                                                   **VALERIE CAPRONI**
                                             **United States District Judge**