# EXHIBIT T

**CALCULATION OF DAMAGES**
**ANTHONY TABAS**

**NYLL OVERTIME COMPENSATION OWED**

| Year | Period Start Date | Period End Date | Weeks Worked | Hours Worked Per Week | Overtime Hours (OT Hrs) (Hrs Worked-40 Hrs) | Days Worked Per Week | Daily Rate of Pay (DR) | Weekly Commission (WC) | Total Weekly Renumeration (TWR) ((DR x Days Worked) + WC) | Regular Rate (RR) (Greater of TWR / Hours Worked or Stat. Min. Wage) | Overtime Rate (OTR) (RR x 1.5) | Difference b/w OTR and RR | Overtime Owed Per Week (OT Hrs x Diff) | Total Overtime Comp Owed (OT Owed Per Week x Weeks Worked) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | 6/5/2016 | 6/11/2016 | 1.00 | 60.00 | 20.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 12.00 | $ 18.00 | $ 6.00 | $ 120.00 | $ 120.00 |
|  | 6/12/2016 | 6/18/2016 | 1.00 | 60.00 | 20.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 12.00 | $ 18.00 | $ 6.00 | $ 120.00 | $ 120.00 |
|  | 6/19/2016 | 6/25/2016 | 1.00 | 60.00 | 20.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 12.00 | $ 18.00 | $ 6.00 | $ 120.00 | $ 120.00 |
|  | 6/26/2016 | 7/2/2016 | 1.00 | 60.00 | 20.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 12.00 | $ 18.00 | $ 6.00 | $ 120.00 | $ 120.00 |
|  | 7/3/2016 | 7/9/2016 | 1.00 | 60.00 | 20.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 12.00 | $ 18.00 | $ 6.00 | $ 120.00 | $ 120.00 |
|  | 7/10/2016 | 7/16/2016 | 1.00 | 60.00 | 20.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 12.00 | $ 18.00 | $ 6.00 | $ 120.00 | $ 120.00 |
|  | 7/17/2016 | 7/23/2016 | 1.00 | 60.00 | 20.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 12.00 | $ 18.00 | $ 6.00 | $ 120.00 | $ 120.00 |
|  | 7/24/2016 | 7/30/2016 | 1.00 | 60.00 | 20.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 12.00 | $ 18.00 | $ 6.00 | $ 120.00 | $ 120.00 |
|  | 7/31/2016 | 8/6/2016 | 1.00 | 60.00 | 20.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 12.00 | $ 18.00 | $ 6.00 | $ 120.00 | $ 120.00 |
|  | 8/7/2016 | 8/13/2016 | 1.00 | 63.00 | 23.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 11.43 | $ 17.15 | $ 5.72 | $ 131.56 | $ 131.56 |
|  | 8/14/2016 | 8/20/2016 | 1.00 | 63.00 | 23.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 11.43 | $ 17.15 | $ 5.72 | $ 131.56 | $ 131.56 |
|  | 8/21/2016 | 8/27/2016 | 1.00 | 63.00 | 23.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 11.43 | $ 17.15 | $ 5.72 | $ 131.56 | $ 131.56 |
|  | 8/28/2016 | 9/3/2016 | 1.00 | 63.00 | 23.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 11.43 | $ 17.15 | $ 5.72 | $ 131.56 | $ 131.56 |
|  | 9/4/2016 | 9/10/2016 | 1.00 | 63.00 | 23.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 11.43 | $ 17.15 | $ 5.72 | $ 131.56 | $ 131.56 |
|  | 9/11/2016 | 9/17/2016 | 1.00 | 63.00 | 23.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 11.43 | $ 17.15 | $ 5.72 | $ 131.56 | $ 131.56 |
|  | 9/18/2016 | 9/24/2016 | 1.00 | 63.00 | 23.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 11.43 | $ 17.15 | $ 5.72 | $ 131.56 | $ 131.56 |
|  | 9/25/2016 | 10/1/2016 | 1.00 | 63.00 | 23.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 11.43 | $ 17.15 | $ 5.72 | $ 131.56 | $ 131.56 |
|  | 10/2/2016 | 10/8/2016 | 1.00 | 63.00 | 23.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 11.43 | $ 17.15 | $ 5.72 | $ 131.56 | $ 131.56 |
|  | 10/9/2016 | 10/15/2016 | 1.00 | 63.00 | 23.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 11.43 | $ 17.15 | $ 5.72 | $ 131.56 | $ 131.56 |
|  | 10/16/2016 | 10/22/2016 | 1.00 | 63.00 | 23.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 11.43 | $ 17.15 | $ 5.72 | $ 131.56 | $ 131.56 |
|  | 10/23/2016 | 10/29/2016 | 1.00 | 63.00 | 23.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 11.43 | $ 17.15 | $ 5.72 | $ 131.56 | $ 131.56 |
|  | 10/30/2016 | 11/5/2016 | 1.00 | 63.00 | 23.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 11.43 | $ 17.15 | $ 5.72 | $ 131.56 | $ 131.56 |
|  | 11/6/2016 | 11/12/2016 | 1.00 | 63.00 | 23.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 11.43 | $ 17.15 | $ 5.72 | $ 131.56 | $ 131.56 |
|  | 11/13/2016 | 11/19/2016 | 1.00 | 63.00 | 23.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 11.43 | $ 17.15 | $ 5.72 | $ 131.56 | $ 131.56 |
|  | 11/20/2016 | 11/26/2016 | 1.00 | 63.00 | 23.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 11.43 | $ 17.15 | $ 5.72 | $ 131.56 | $ 131.56 |
|  | 11/27/2016 | 12/3/2016 | 1.00 | 63.00 | 23.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 11.43 | $ 17.15 | $ 5.72 | $ 131.56 | $ 131.56 |
|  | 12/4/2016 | 12/10/2016 | 1.00 | 63.00 | 23.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 11.43 | $ 17.15 | $ 5.72 | $ 131.56 | $ 131.56 |
|  | 12/11/2016 | 12/17/2016 | 1.00 | 63.00 | 23.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 11.43 | $ 17.15 | $ 5.72 | $ 131.56 | $ 131.56 |
|  | 12/18/2016 | 12/24/2016 | 1.00 | 63.00 | 23.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 11.43 | $ 17.15 | $ 5.72 | $ 131.56 | $ 131.56 |
|  | 12/25/2016 | 12/31/2016 | 1.00 | 63.00 | 23.00 | 6.00 | $ 120.00 | $  -  | $ 720.00 | $ 11.43 | $ 17.15 | $ 5.72 | $ 131.56 | $ 131.56 |
|  |  |  |  |  |  |  |  |  |  |  |  | 2016 Overtime Compensation |  | $ 3,842.76 |
| 2017 | 1/1/2017 | 12/30/2017 | 52.00 | 63.00 | 23.00 | 6.00 | $ 140.00 | $  -  | $ 840.00 | $ 13.33 | $ 20.00 | $ 6.67 | $ 153.41 | $ 7,977.32 |
|  |  |  |  |  |  |  |  |  |  |  |  | 2017 Overtime Compensation Owed: |  | $ 7,977.32 |
| 2018 | 12/31/2017 | 1/6/2018 | 1.00 | **63.00** | 23.00 | 6.00 | $ 140.00 | $  -  | $ 840.00 | $ 13.33 | $ 20.00 | $ 6.67 | $ 153.41 | $ 153.41 |
|  | 1/7/2018 | 1/13/2018 | 1.00 | **63.00** | 23.00 | 6.00 | $ 140.00 | $ 170.00 | $ 1,010.00 | $ 16.03 | $ 24.05 | $ 8.02 | $ 184.46 | $ 184.46 |
|  | 1/14/2018 | 1/20/2018 | 1.00 | **63.00** | 23.00 | 6.00 | $ 140.00 | $ 170.00 | $ 1,010.00 | $ 16.03 | $ 24.05 | $ 8.02 | $ 184.46 | $ 184.46 |
|  | 1/21/2018 | 1/27/2018 | 1.00 | **63.00** | 23.00 | 6.00 | $ 140.00 | $ 105.00 | $ 945.00 | $ 15.00 | $ 22.50 | $ 7.50 | $ 172.50 | $ 172.50 |
|  | 1/28/2018 | 2/3/2018 | 1.00 | 60.00 | 20.00 | 6.00 | $ 150.00 | $ 185.00 | $ 1,085.00 | $ 18.08 | $ 27.12 | $ 9.04 | $ 180.80 | $ 180.80 |
|  | 2/4/2018 | 2/10/2018 | 1.00 | 70.00 | 30.00 | 7.00 | $ 150.00 | $ 125.00 | $ 1,175.00 | $ 16.79 | $ 25.19 | $ 8.40 | $ 252.00 | $ 252.00 |
|  | 2/11/2018 | 2/17/2018 | 1.00 | 70.00 | 30.00 | 7.00 | $ 150.00 | $ 155.00 | $ 1,205.00 | $ 17.21 | $ 25.82 | $ 8.61 | $ 258.30 | $ 258.30 |
|  | 2/18/2018 | 2/24/2018 | 1.00 | 70.00 | 30.00 | 7.00 | $ 150.00 | $ 190.00 | $ 1,240.00 | $ 17.71 | $ 26.57 | $ 8.86 | $ 265.80 | $ 265.80 |
|  | 2/25/2018 | 3/3/2018 | 1.00 | 60.00 | 20.00 | 6.00 | $ 150.00 | $ 200.00 | $ 1,100.00 | $ 18.33 | $ 27.50 | $ 9.17 | $ 183.40 | $ 183.40 |
|  | 3/4/2018 | 3/10/2018 | 1.00 | 60.00 | 20.00 | 6.00 | $ 150.00 | $ 100.00 | $ 1,000.00 | $ 16.67 | $ 25.01 | $ 8.34 | $ 166.80 | $ 166.80 |
|  | 3/11/2018 | 3/17/2018 | 1.00 | 60.00 | 20.00 | 6.00 | $ 150.00 | $ 155.00 | $ 1,055.00 | $ 17.58 | $ 26.37 | $ 8.79 | $ 175.80 | $ 175.80 |
|  | 3/18/2018 | 3/24/2018 | 1.00 | 70.00 | 30.00 | 7.00 | $ 150.00 | $ 145.00 | $ 1,195.00 | $ 17.07 | $ 25.61 | $ 8.54 | $ 256.20 | $ 256.20 |
|  | 3/25/2018 | 3/31/2018 | 1.00 | 60.00 | 20.00 | 6.00 | $ 150.00 | $ 85.00 | $ 985.00 | $ 16.42 | $ 24.63 | $ 8.21 | $ 164.20 | $ 164.20 |
|  | 4/1/2018 | 4/7/2018 | 1.00 | 70.00 | 30.00 | 7.00 | $ 150.00 | $ 160.00 | $ 1,210.00 | $ 17.29 | $ 25.94 | $ 8.65 | $ 259.50 | $ 259.50 |
|  | 4/8/2018 | 4/14/2018 | 1.00 | 65.00 | 25.00 | 6.50 | $ 150.00 | $ 165.00 | $ 1,140.00 | $ 17.54 | $ 26.31 | $ 8.77 | $ 219.25 | $ 219.25 |
|  | 4/15/2018 | 4/21/2018 | 1.00 | 60.00 | 20.00 | 6.00 | $ 150.00 | $ 70.00 | $ 970.00 | $ 16.17 | $ 24.26 | $ 8.09 | $ 161.80 | $ 161.80 |
|  | 4/22/2018 | 4/28/2018 | 1.00 | 70.00 | 30.00 | 7.00 | $ 150.00 | $ 85.00 | $ 1,135.00 | $ 16.21 | $ 24.32 | $ 8.11 | $ 243.30 | $ 243.30 |
|  | 4/29/2018 | 5/5/2018 | 1.00 | 60.00 | 20.00 | 6.00 | $ 150.00 | $ 90.00 | $ 990.00 | $ 16.50 | $ 24.75 | $ 8.25 | $ 165.00 | $ 165.00 |
|  | 5/6/2018 | 5/12/2018 | 1.00 | 60.00 | 20.00 | 6.00 | $ 150.00 | $ 55.00 | $ 955.00 | $ 15.92 | $ 23.88 | $ 7.96 | $ 159.20 | $ 159.20 |
|  | 5/13/2018 | 5/19/2018 | 1.00 | 70.00 | 30.00 | 7.00 | $ 150.00 | $ 100.00 | $ 1,150.00 | $ 16.43 | $ 24.65 | $ 8.22 | $ 246.60 | $ 246.60 |
|  | 5/20/2018 | 5/26/2018 | 1.00 | 70.00 | 30.00 | 7.00 | $ 150.00 | $ 80.00 | $ 1,130.00 | $ 16.14 | $ 24.21 | $ 8.07 | $ 242.10 | $ 242.10 |
|  | 5/27/2018 | 6/2/2018 | 1.00 | 60.00 | 20.00 | 6.00 | $ 150.00 | $ 135.00 | $ 1,035.00 | $ 17.25 | $ 25.88 | $ 8.63 | $ 172.60 | $ 172.60 |
|  | 6/3/2018 | 6/9/2018 | 1.00 | 50.00 | 10.00 | 5.00 | $ 150.00 | $ 80.00 | $ 830.00 | $ 16.60 | $ 24.90 | $ 8.30 | $ 83.00 | $ 83.00 |
|  | 6/10/2018 | 6/16/2018 | 1.00 | 60.00 | 20.00 | 6.00 | $ 150.00 | $ 160.00 | $ 1,060.00 | $ 17.67 | $ 26.51 | $ 8.84 | $ 176.80 | $ 176.80 |
|  | 6/17/2018 | 6/23/2018 | 1.00 | 60.00 | 20.00 | 6.00 | $ 150.00 | $ 80.00 | $ 980.00 | $ 16.33 | $ 24.50 | $ 8.17 | $ 163.40 | $ 163.40 |
|  | 6/24/2018 | 6/30/2018 | 1.00 | 70.00 | 30.00 | 7.00 | $ 150.00 | $ 100.00 | $ 1,150.00 | $ 16.43 | $ 24.65 | $ 8.22 | $ 246.60 | $ 246.60 |
|  | 7/1/2018 | 7/7/2018 | 1.00 | 60.00 | 20.00 | 6.00 | $ 130.00 | $  -  | $ 780.00 | $ 13.00 | $ 19.50 | $ 6.50 | $ 130.00 | $ 130.00 |
|  | 7/8/2018 | 7/14/2018 | 1.00 | 60.00 | 20.00 | 6.00 | $ 130.00 | $  -  | $ 780.00 | $ 13.00 | $ 19.50 | $ 6.50 | $ 130.00 | $ 130.00 |
|  | 7/15/2018 | 7/21/2018 | 1.00 | 0.00 | 0.00 | 0.00 | $  -  | $  -  | $  -  | $  -  | $  -  | $  -  | $  -  | $  -  |
|  | 7/22/2018 | 7/28/2018 | 1.00 | 60.00 | 20.00 | 6.00 | $ 130.00 | $  -  | $ 780.00 | $ 13.00 | $ 19.50 | $ 6.50 | $ 130.00 | $ 130.00 |

## CALCULATION OF DAMAGES
### ANTHONY TABAS

| Period Start | Period End | Weeks | Hours | OT Hours | Days | Reg Rate | | Weekly Pay | OT Rate Reg | | OT Rate 1.5 | | OT Half | | OT Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/29/2018 | 8/4/2018 | 1.00 | 55.00 | 15.00 | 5.50 | $ 130.00 | $ - | $ 715.00 | $ 13.00 | | $ 19.50 | | $ 6.50 | | $ 97.50 | $ 97.50 |
| 8/5/2018 | 8/11/2018 | 1.00 | 60.00 | 20.00 | 6.00 | $ 130.00 | $ - | $ 780.00 | $ 13.00 | | $ 19.50 | | $ 6.50 | | $ 130.00 | $ 130.00 |
| 8/12/2018 | 8/18/2018 | 1.00 | 60.00 | 20.00 | 6.00 | $ 130.00 | $ - | $ 780.00 | $ 13.00 | | $ 19.50 | | $ 6.50 | | $ 130.00 | $ 130.00 |
| 8/19/2018 | 8/25/2018 | 1.00 | 50.00 | 10.00 | 5.00 | $ 130.00 | $ - | $ 650.00 | $ 13.00 | | $ 19.50 | | $ 6.50 | | $ 65.00 | $ 65.00 |
| 8/26/2018 | 9/1/2018 | 1.00 | 50.00 | 10.00 | 5.00 | $ 130.00 | $ - | $ 650.00 | $ 13.00 | | $ 19.50 | | $ 6.50 | | $ 65.00 | $ 65.00 |
| 9/2/2018 | 9/8/2018 | 1.00 | 60.00 | 20.00 | 6.00 | $ 130.00 | $ - | $ 780.00 | $ 13.00 | | $ 19.50 | | $ 6.50 | | $ 130.00 | $ 130.00 |
| 9/9/2018 | 9/15/2018 | 1.00 | 40.00 | 0.00 | 4.00 | $ 130.00 | $ - | $ 520.00 | $ 13.00 | | $ 19.50 | | $ 6.50 | | $ - | $ - |
| 9/16/2018 | 9/22/2018 | 1.00 | 50.00 | 10.00 | 5.00 | $ 130.00 | $ - | $ 650.00 | $ 13.00 | | $ 19.50 | | $ 6.50 | | $ 65.00 | $ 65.00 |
| 9/23/2018 | 9/29/2018 | 1.00 | 60.00 | 20.00 | 6.00 | $ 130.00 | $ - | $ 780.00 | $ 13.00 | | $ 19.50 | | $ 6.50 | | $ 130.00 | $ 130.00 |
| 9/30/2018 | 10/6/2018 | 1.00 | 20.00 | 0.00 | 2.00 | $ 130.00 | $ - | $ 260.00 | $ 13.00 | | $ 19.50 | | $ 6.50 | | $ - | $ - |

**2018 Overtime Compensation Owed:** $ 6,339.78
**TOTAL NYLL OVERTIME OWED:** $ 18,159.86

### NYLL 195(1) WAGE NOTICE STATUTORY PENALTIES

| Year | Period Start Date | Period End Date | Number of Weeks Worked | Number of Days Worked per Week | Total Number of Work Days (Weeks Worked x Work Days per Week) | NYLL 195(1) Notices Received | Statutory Penalties ($50.00 x No. of Days Worked) |
|---|---|---|---|---|---|---|---|
| 2016 | 6/5/2016 | 12/31/2016 | 30.00 | 6.00 | 180.00 | None | $ 9,000.00 |
| 2017 | 1/1/2017 | 12/30/2017 | 52.00 | 6.00 | 312.00 | None | $ 15,600.00 |
| 2018 | 12/31/2017 | 1/6/2018 | 1.00 | 6.00 | 6.00 | None | $ 300.00 |
| | 1/7/2018 | 1/13/2018 | 1.00 | 6.00 | 6.00 | None | $ 300.00 |
| | 1/14/2018 | 1/20/2018 | 1.00 | 6.00 | 6.00 | None | $ 300.00 |
| | 1/21/2018 | 1/27/2018 | 1.00 | 6.00 | 6.00 | None | $ 300.00 |
| | 1/28/2018 | 2/3/2018 | 1.00 | 6.00 | 6.00 | None | $ 300.00 |
| | 2/4/2018 | 2/10/2018 | 1.00 | 7.00 | 7.00 | None | $ 350.00 |
| | 2/11/2018 | 2/17/2018 | 1.00 | 7.00 | 7.00 | None | $ 350.00 |
| | 2/18/2018 | 2/24/2018 | 1.00 | 7.00 | 7.00 | None | $ 350.00 |
| | 2/25/2018 | 3/3/2018 | 1.00 | 6.00 | 6.00 | None | $ 300.00 |
| | 3/4/2018 | 3/10/2018 | 1.00 | 6.00 | 6.00 | None | $ 300.00 |
| | 3/11/2018 | 3/17/2018 | 1.00 | 6.00 | 6.00 | None | $ 300.00 |
| | 3/18/2018 | 3/24/2018 | 1.00 | 7.00 | 7.00 | None | $ 350.00 |
| | 3/25/2018 | 3/31/2018 | 1.00 | 6.00 | 6.00 | None | $ 300.00 |
| | 4/1/2018 | 4/7/2018 | 1.00 | 7.00 | 7.00 | None | $ 350.00 |
| | 4/8/2018 | 4/14/2018 | 1.00 | 6.50 | 6.50 | None | $ 325.00 |
| | 4/15/2018 | 4/21/2018 | 1.00 | 6.00 | 6.00 | None | $ 300.00 |
| | 4/22/2018 | 4/28/2018 | 1.00 | 7.00 | 7.00 | None | $ 350.00 |
| | 4/29/2018 | 5/5/2018 | 1.00 | 6.00 | 6.00 | None | $ 300.00 |
| | 5/6/2018 | 5/12/2018 | 1.00 | 6.00 | 6.00 | None | $ 300.00 |
| | 5/13/2018 | 5/19/2018 | 1.00 | 7.00 | 7.00 | None | $ 350.00 |
| | 5/20/2018 | 5/26/2018 | 1.00 | 7.00 | 7.00 | None | $ 350.00 |
| | 5/27/2018 | 6/2/2018 | 1.00 | 6.00 | 6.00 | None | $ 300.00 |
| | 6/3/2018 | 6/9/2018 | 1.00 | 5.00 | 5.00 | None | $ 250.00 |
| | 6/10/2018 | 6/16/2018 | 1.00 | 6.00 | 6.00 | None | $ 300.00 |
| | 6/17/2018 | 6/23/2018 | 1.00 | 6.00 | 6.00 | None | $ 300.00 |
| | 6/24/2018 | 6/30/2018 | 1.00 | 7.00 | 7.00 | None | $ 350.00 |
| | 7/1/2018 | 7/7/2018 | 1.00 | 6.00 | 6.00 | None | $ 300.00 |
| | 7/8/2018 | 7/14/2018 | 1.00 | 6.00 | 6.00 | None | $ 300.00 |
| | 7/22/2018 | 7/28/2018 | 1.00 | 6.00 | 6.00 | None | $ 300.00 |
| | 7/29/2018 | 8/4/2018 | 1.00 | 5.50 | 5.50 | None | $ 275.00 |
| | 8/5/2018 | 8/11/2018 | 1.00 | 6.00 | 6.00 | None | $ 300.00 |
| | 8/12/2018 | 8/18/2018 | 1.00 | 6.00 | 6.00 | None | $ 300.00 |
| | 8/19/2018 | 8/25/2018 | 1.00 | 5.00 | 5.00 | None | $ 250.00 |
| | 8/26/2018 | 9/1/2018 | 1.00 | 5.00 | 5.00 | None | $ 250.00 |
| | 9/2/2018 | 9/8/2018 | 1.00 | 6.00 | 6.00 | None | $ 300.00 |
| | 9/9/2018 | 9/15/2018 | 1.00 | 4.00 | 4.00 | None | $ 200.00 |
| | 9/16/2018 | 9/22/2018 | 1.00 | 5.00 | 5.00 | None | $ 250.00 |
| | 9/23/2018 | 9/29/2018 | 1.00 | 6.00 | 6.00 | None | $ 300.00 |
| | 9/30/2018 | 10/6/2018 | 1.00 | 2.00 | 2.00 | None | $ 100.00 |

**Gross Total:** $ 36,250.00
**TOTAL NYLL 195(1) PENALTIES ($5,000 Statutory Maximum):** $ 5,000.00

### NYLL 195(3) WAGE STATEMENT STATUTORY DAMAGES

| Year | Period Start Date | Period End Date | Number of Weeks Worked | Number of Days Worked per Week | Total Number of Work Days (Weeks Worked x Work Days per Week) | NYLL 195(3) Notices Received | Statutory Penalties ($250.00 x No. of Days Worked) |
|---|---|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | CALCULATION OF DAMAGES | | | | | |
| | | | ANTHONY TABAS | | | | | |
| 2016 | 6/5/2016 | 12/31/2016 | 30.00 | 6.00 | 180.00 | None | $ | 45,000.00 |
| 2017 | 1/1/2017 | 12/30/2017 | 52.00 | 6.00 | 312.00 | None | $ | 78,000.00 |
| 2018 | 12/31/2017 | 1/6/2018 | 1.00 | 6.00 | 6.00 | None | $ | 1,500.00 |
| | 1/7/2018 | 1/13/2018 | 1.00 | 6.00 | 6.00 | None | $ | 1,500.00 |
| | 1/14/2018 | 1/20/2018 | 1.00 | 6.00 | 6.00 | None | $ | 1,500.00 |
| | 1/21/2018 | 1/27/2018 | 1.00 | 6.00 | 6.00 | None | $ | 1,500.00 |
| | 1/28/2018 | 2/3/2018 | 1.00 | 6.00 | 6.00 | None | $ | 1,500.00 |
| | 2/4/2018 | 2/10/2018 | 1.00 | 6.00 | 6.00 | None | $ | 1,500.00 |
| | 2/11/2018 | 2/17/2018 | 1.00 | 7.00 | 7.00 | None | $ | 1,750.00 |
| | 2/18/2018 | 2/24/2018 | 1.00 | 7.00 | 7.00 | None | $ | 1,750.00 |
| | 2/25/2018 | 3/3/2018 | 1.00 | 7.00 | 7.00 | None | $ | 1,750.00 |
| | 3/4/2018 | 3/10/2018 | 1.00 | 6.00 | 6.00 | None | $ | 1,500.00 |
| | 3/11/2018 | 3/17/2018 | 1.00 | 6.00 | 6.00 | None | $ | 1,500.00 |
| | 3/18/2018 | 3/24/2018 | 1.00 | 6.00 | 6.00 | None | $ | 1,500.00 |
| | 3/25/2018 | 3/31/2018 | 1.00 | 7.00 | 7.00 | None | $ | 1,750.00 |
| | 4/1/2018 | 4/7/2018 | 1.00 | 6.00 | 6.00 | None | $ | 1,500.00 |
| | 4/8/2018 | 4/14/2018 | 1.00 | 7.00 | 7.00 | None | $ | 1,750.00 |
| | 4/15/2018 | 4/21/2018 | 1.00 | 6.50 | 6.50 | None | $ | 1,625.00 |
| | 4/22/2018 | 4/28/2018 | 1.00 | 6.00 | 6.00 | None | $ | 1,500.00 |
| | 4/29/2018 | 5/5/2018 | 1.00 | 7.00 | 7.00 | None | $ | 1,750.00 |
| | 5/6/2018 | 5/12/2018 | 1.00 | 6.00 | 6.00 | None | $ | 1,500.00 |
| | 5/13/2018 | 5/19/2018 | 1.00 | 6.00 | 6.00 | None | $ | 1,500.00 |
| | 5/20/2018 | 5/26/2018 | 1.00 | 7.00 | 7.00 | None | $ | 1,750.00 |
| | 5/27/2018 | 6/2/2018 | 1.00 | 7.00 | 7.00 | None | $ | 1,750.00 |
| | 6/3/2018 | 6/9/2018 | 1.00 | 6.00 | 6.00 | None | $ | 1,500.00 |
| | 6/10/2018 | 6/16/2018 | 1.00 | 5.00 | 5.00 | None | $ | 1,250.00 |
| | 6/17/2018 | 6/23/2018 | 1.00 | 6.00 | 6.00 | None | $ | 1,500.00 |
| | 6/24/2018 | 6/30/2018 | 1.00 | 6.00 | 6.00 | None | $ | 1,500.00 |
| | 7/1/2018 | 7/7/2018 | 1.00 | 7.00 | 7.00 | None | $ | 1,750.00 |
| | 7/8/2018 | 7/14/2018 | 1.00 | 6.00 | 6.00 | None | $ | 1,500.00 |
| | 7/22/2018 | 7/28/2018 | 1.00 | 6.00 | 6.00 | None | $ | 1,500.00 |
| | 7/29/2018 | 8/4/2018 | 1.00 | 5.50 | 5.50 | None | $ | 1,375.00 |
| | 8/5/2018 | 8/11/2018 | 1.00 | 6.00 | 6.00 | None | $ | 1,500.00 |
| | 8/12/2018 | 8/18/2018 | 1.00 | 6.00 | 6.00 | None | $ | 1,500.00 |
| | 8/19/2018 | 8/25/2018 | 1.00 | 5.00 | 5.00 | None | $ | 1,250.00 |
| | 8/26/2018 | 9/1/2018 | 1.00 | 5.00 | 5.00 | None | $ | 1,250.00 |
| | 9/2/2018 | 9/8/2018 | 1.00 | 6.00 | 6.00 | None | $ | 1,500.00 |
| | 9/9/2018 | 9/15/2018 | 1.00 | 4.00 | 4.00 | None | $ | 1,000.00 |
| | 9/16/2018 | 9/22/2018 | 1.00 | 5.00 | 5.00 | None | $ | 1,250.00 |
| | 9/23/2018 | 9/29/2018 | 1.00 | 6.00 | 6.00 | None | $ | 1,500.00 |
| | 9/30/2018 | 10/6/2018 | 1.00 | 2.00 | 2.00 | None | $ | 500.00 |
| | | | | | | Gross Total: | $ | 181,250.00 |
| | | | TOTAL NYLL 195(3) PENALTIES ($5,000 Statutory Maximum): | | | | $ | 5,000.00 |

### CPLR INTEREST PURSUANT TO NY LAW

| Claims Period Start | Claims Period End | Approximate Mid-Point | Number of Years From Mid-Point to 6/26/23 | 9% Interest Rate/ Year | Comp Owed | Total Interest Owed (No. Years x 0.09 x Comp Owed) |
|---|---|---|---|---|---|---|
| 6/5/2016 | 10/6/2018 | 8/5/2017 | 5.89 | 0.09 | $ 18,159.86 | $ 9,629.45 |
| | | | | TOTAL CPLR INTEREST OWED TO DATE: | | $ 9,629.45 |

### NYLL LIQUIDATED DAMAGES

| Year | Comp Owed | LD % | LD Per Year |
|---|---|---|---|
| 2016 | $ 3,842.76 | 100% | $ 3,842.76 |
| 2017 | $ 7,977.32 | 100% | $ 7,977.32 |
| 2018 | $ 6,339.78 | 100% | $ 6,339.78 |
| TOTAL NYLL LIQUIDATED DAMAGES: | | | $ 18,159.86 |

### ESTIMATED TOTAL

| | |
|---|---|
| Total Overtime Compensation Owed: | $ 18,159.86 |
| Total Wage Notice Penalties: | $ 5,000.00 |
| Total Wage Statement Penalties: | $ 5,000.00 |
| Total Liquidated Damages Owed: | $ 18,159.86 |
| Total Interest Owed: | $ 9,629.45 |
| *ESTIMATED TOTAL: | $ 55,949.17 |
| *Plus reasonable attorneys' fees and costs | |