UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KEVIN DE LA CRUZ, et al.,

                              Plaintiffs,

      -against-

MDBH MOBILE 3 INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/1/2024

22-CV-03053 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        The Court has reviewed the parties' summary judgment submissions. In the Court's view, there are disputed material facts pertaining to most claims and defenses. Accordingly, a hearing is scheduled for Friday, February 9, 2024, at 2:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. At that hearing, the Court intends to issue a ruling. Any party that believes there are undisputed facts in their favor should be prepared to set forth such facts at the hearing.

SO ORDERED.

*[signature]*
SARAH NETBURN
United States Magistrate Judge

DATED:    February 1, 2024
              New York, New York