UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

KEVIN DE LA CRUZ, et al.,

                               **Plaintiffs,**

          -against-

MDBH MOBILE 3 INC., et al.,

                               **Defendants.**

----------------------------------------------------------------X

22-CV-03053 (SN)

**ORDER**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED:___ 4/30/2024

**SARAH NETBURN, United States Magistrate Judge:**

The Court previously ordered Kevin Johnson, defense counsel, to email his outstanding settlement materials to the Court by the close of business yesterday. See ECF No. 86. Mr. Johnson failed to email the Court the outstanding materials by that deadline. Because Mr. Johnson has not confirmed that he and his clients plan to attend the May 2, 2024 settlement conference, the conference is ADJOURNED with no future date.

Mr. Johnson is reminded that he has been ordered to show cause by today why the Court should not (1) enter a default against the defendants and (2) sanction Mr. Johnson – again – under Federal Rule of Civil Procedure 16(f). See ECF Nos. 85, 86.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      April 30, 2024
                New York, New York