```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

KEVIN DE LA CRUZ, et al.,

                **Plaintiffs,**

    -against-

MDBH MOBILE 3 INC., et al.,

                **Defendants.**

```
-----------------------------------------------------------------X
```

22-CV-03053 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    Defense counsel, Kevin Johnson, appears to have abandoned this case. He has not appeared or otherwise engaged with this litigation since February 26, 2024. On March 18, 2024, the Court sanctioned Mr. Johnson for missing a court appearance and for ignoring multiple filing deadlines. Since then, Mr. Johnson failed to submit required *ex parte* settlement materials. The Court canceled the May 2, 2024 settlement conference after Mr. Johnson failed to confirm that he and his clients would attend. Mr. Johnson was ordered to show cause by April 30, 2024, why the Court should not enter a default against the Defendants and impose additional sanctions against Mr. Johnson. To date, Mr. Johnson has not responded to that Order.

    At this time, the Defendants are in default because of Mr. Johnson's abandonment. To avoid further prejudice to the Defendants, the Court is sending this order to any available addresses the Court can locate for the Defendants. The Defendants are warned that a default judgment may be entered against them for the money damages sought in this case if the Defendants do not appear through counsel.

If the Defendants do not appear through counsel by May 31, 2024, the Plaintiffs are directed to file a motion for default judgment seeking both a liability and damages finding.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  May 3, 2024
        New York, New York

cc:     Moris Hasbani, 14 W. 125th St., New York, NY 10027

        MRBH Mobile Inc., 1618 Westchester Ave., Bronx, NY 10472

        MDBH Mobile 7 Inc., 271 W. 125th St., New York, NY 10027

        MDBH Mobile 3 Inc., 2085 Lexington Ave., New York, NY 10035

        MDBH Mobile Inc., 14 W. 125th St., New York, NY 10027

        Cell Phones of Harlem, Inc., 16 W. 125th St., New York, NY 10027

        High Speed Wireless 1618, Inc., 1618 Westchester Ave., Bronx, NY 10472

        GH Wireless II, Inc., 43 S. 4th Ave., Mount Vernon, NY 10550