✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

De La Cruz et al

                Plaintiff (s),

V.

MDBH Mobile 3 Inc. et al

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:22-cv-03053-SN

Notice is hereby given that, subject to approval by the court, __Defendants__ substitutes
(Party (s) Name)

__Jason Mizrahi, Esq.__ , State Bar No. __4725065__ as counsel of record in
(Name of New Attorney)

place of __Johnson Litigation Group, P.C.__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Levin-Epstein & Associates, P.C. |
| Address: | 60 East 42nd St., Suite 4700, NY, NY 10165 |
| Telephone: | (212) 792-0048      Facsimile |
| E-Mail (Optional): | Jason@levinepstein.com |

I consent to the above substitution.

Date: _____

(Signature of Party (s))

Digitally signed by trust_
Date: 2024.05.20 15:45:54 -04'00'

I consent to being substituted.

Date: 5/20/2024

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 5/20/2024

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** _____

_____ Plaintiff (s),

V.

_____ Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** _____

Notice is hereby given that, subject to approval by the court, _____ substitutes
(Party (s) Name)

_____, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of _____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: _____
    Address: _____
    Telephone: _____ Facsimile _____
    E-Mail (Optional): _____

I consent to the above substitution.

Date: _____ _____
    (Signature of Party (s))

I consent to being substituted.

Date: _____ _____
    (Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____ _____
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____ _____
    Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**