UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/2024

KEVIN DE LA CRUZ, et al.,

                       Plaintiffs,

      -against-

MDBH MOBILE 3 INC., et al.,

                       Defendants.
------------------------------------------------------------X

22-CV-03053 (SN)

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

      On August 16, 2022, the parties to this Fair Labor Standards Act case consented to my jurisdiction, and on August 14, 2024, the parties participated in a settlement conference, reaching an agreement in principle. ECF Nos. 23, 105. On October 2, 2024, the parties submitted their proposed settlement agreement to the Court for review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 110. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 110.

**SO ORDERED.**

*/s/ Sarah Netburn*
SARAH NETBURN
United States Magistrate Judge

DATED:    October 7, 2024
                New York, New York